STATE OF CONNECTICUT *v.* VINCENT COLON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 231, is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 17, 1992

IN RE MARK C. ET AL.

The petitioner mother's petition for certification for appeal from the Appellate Court, 28 Conn. App. 247, is denied.

*Sara R. Martin,* in support of the petition.

*Benjamin Zivyon,* assistant attorney general, in opposition.

Decided September 17, 1992

JAMES CASERTA *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 256, is granted, limited to the following issue:

"When the actions of a zoning enforcement officer are reviewed by a zoning board of appeal, is the proper focus for subsequent judicial review the decision of the zoning enforcement officer or the decision of the zoning board of appeal?"

*Cynthia C. Anger,* assistant city attorney, in support of the petition.

*Benson A. Snaider,* in opposition.

Decided September 17, 1992